# United States District Court

for the
5th District of North Georgia
Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 11 2025

KEVIN P. WEIMER, Clerk
By:
*Matthew H*                Deputy Clerk

Pristine Parr,
Petitioner

V.                                              Case#: 1:24-CV-5819

Thomas Cox, Jr.,
Superior Court Judge of Fulton County,          Judge Michael Brown
Defendant

## PETITION FOR CONTINUANCE

This petition is to notify the court that I did not receive the court's letter giving me 21 days to respond. I was out of town on business in November and did not return home until November 26, 2025. I did not receive the letter until December 7, 2025.

I have included the forms and attachments requested and hope the court will allow me to continue to pursue this case on its merits.

I, _Pristine Parr_____, affirm that this PETITION FOR A CONTINUANCE is true and complete to the best of my knowledge and has been submitted on December 11, 2025.

_____          ____12-11-25_____

## CERTIFICATE OF SERVICE

I hereby certificate that this **PETITION FOR A CONTINUANCE** has been submitted to the United States Court for the Fifth District of North Georgia Division, to the Honorable Judge Michael Brown, by filing and to Thomas Cox, Jr, Superior Court Judge, via certified letter this 11th day of December, 2025.

Pristine Parr
2304 Jernigan Dr SE
Atlanta, GA 30315
aboveparrps@gmail.com
470-878-7758

The Honorable Judge Michael Brown
United States District Court for the Fifth District of North Georgia
2211 Richard B. Russell Federal Building
Atlanta, Georgia 30303

Thomas Cox, Jr
185 Shirley C Franklin Blvd., S.W.
Atlanta, GA 30303
Courtroom: 7F
Chambers: 7955

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the within and foregoing Initial Disclosures to be served to Judge Michael Brown of the United States District Court and to Thomas Cox, Jr, Fulton County Judge, via certified mail.

This 11th day of December, 2025

Pristine Parr
2304 Jernigan Dr SE
Atlanta, GA 30315
470-878-7758
aboveparrps@gmail.com

The Honorable Judge Michael BrowN
United States District Court for the Fifth District
North Georgia Division
2211 Richard B. Russell Federal Building
Atlanta, Georgia 30303

Thomas Cox, Jr.
Fulton County Superior Court
185 Shirley C. Franklin Blvd, S.W.
Atlanta, Georgia 30303
Courtroom 7F