# United States District Court

for the
5th District of North Georgia
Division



Pristine Parr,
Plaintiff

V.                                                                    Case#: 1:24-CV-5819

Thomas Cox, Jr.,
Superior Court Judge of Fulton County,                    Judge Michael Brown
Defendant

## AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS

Plaintiff, sui juris, Pristine Parr, sues Thomas Cox, Jr., acting as a judge, for Fulton County
Superior Court, and in support of this action alleges the following:

## VENUE AND JURISDICTION

1. The Plaintiff is a resident of Fulton County, Georgia
2. The Plaintiff is over the age of 18
3. The Defendant is a Fulton County Superior Court Judge
4. The alleged events took place in Fulton County, Georgia
5. This claim is valued in excess of $15,000
6. The Plaintiff seeks remedy for civil rights violations under 42 USC § 1983, for malicious prosecution, violation of Rules 11(b)(1),1.1,1.2(a),1.3, 2.2, 2.3.2.4, 2.6, 2.8, 2.11 and 3.1 of the Code of Judicial Conduct, malfeasance, abuse of process pursuant to GA Code § 51-7-81 and for the intentional infliction of emotional distress.
7. The Plaintiff seeks remedy for these actions, including punitive damages, resulting from the baseless show cause order issued on August 3, 2024 for the Plaintiff to appear before the court, the Defendant's intent to entrap the Plaintiff and commit false imprisonment using fictitious charges on August 15, 2024 and the order for the Plaintiff's arrest that the Defendant issued on September 6, 2024.
8. The Plaintiff was damaged by the Defendant's actions and seeks $25,000,000 dollars including punitive damages

## PRAYER FOR RELIEF

Wherefore, The Plaintiff prays that this court:
   a. Grant the Plaintiff the right to sue Thomas Cox, Jr.
   b. Enter a judgement declaring that Thomas Cox Jr, violated the Plaintiff's civil rights and committed the previously mentioned acts or allow a trial by jury to move forward
   c. Enter a judgement that should the Defendant fail to make a good faith offer, additional punitive damages will be awarded to the Plaintiff or allow a trial by jury
   d. Reward the Plaintiff legal fees, compensatory and punitive damages in the amount of $25,000,000.00, or set a date for trial before a jury
   e. Allow the Plaintiff to conduct a deposition of the Defendant

Wherefore, Plaintiff demands judgement against Defendant, Thomas Cox, Jr., for an amount in excess of $15,000, for compensatory damages, legal fees, pre- and post-judgment interest as the court may find necessary. The Plaintiff demands jury by trial in this matter on any issues triable in this matter.

Respectfully submitted,

12-2325

Pristine Parr, sui juris
2304 Jernigan Dr SE
Atlanta, GA 30315
470-878-7758
aboveparrps@gmail.com